UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

FRANCISCO JAVIER MECINA BARRERA,
    a/k/a "Angel,"
GIOVANNI DE LA MORA,
JAIME SANTILLANO,
ROGELIO RAMOS ROMAGUERA, and
TOMMY NEPONUCENO,

                 Defendants.

- - - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

S1 21 Cr. 133 (VM)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Michael R. Herman;

It is found that the Superseding Indictment in the above-captioned action, S1 21 Cr. 133, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
      April 13, 2021

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE