```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
        -against-                 :        21 CR 133 (VM)
                                  :            ORDER
GIOVANNI DE LA MORA, et al.,      :
                                  :
                    Defendants.   :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference scheduled for Friday, May 21, 2021 at 1:00 PM is cancelled.

Further, it is hereby ordered that an initial conference as to defendants Francisco Javier Mecina Barrera and Jaime Santillano shall be schedule for Friday, May 21 at 11:00 AM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         14 May 2021

_____
Victor Marrero
U.S.D.J.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 5/14/2021*