USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :      **21 CR 133 (VM)**
         -against-                 :      **ORDER**
                                   :
Francisco Javier Mecina-Barrera,   :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   Counsel for the Government, with the consent of counsel for Defendant, requests that the status conference currently scheduled for October 22, 2021 be rescheduled. The conference shall be scheduled for Friday, December 3, 2021 at 1:00 p.m.

   All parties to this action consent to an exclusion of time from the Speedy Trial Act until December 3, 2021.

   It is hereby ordered that time until December 3, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         13 October 2021

_____
Victor Marrero
U.S.D.J.