```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :      **21 CR 133 (VM)**
                                   :           ORDER
FRANCISCO JAVIER MECINA            :
BARRERA,                           :
                                   :
                     Defendant.    :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the conference in this matter scheduled for Friday, March 4 at 1:00 PM shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:  New York, New York
        18 February 2022

_____
Victor Marrero
U.S.D.J.