```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES OF AMERICA

— against —

FRANCISCO JAVIER MECINA BARRERA,

                Defendant.

21 Cr. 133-4 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    It is hereby ordered that Anthony Strazza, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Kenneth Womble.

**SO ORDERED.**

Dated: New York, New York
       04 March 2022

_____
Victor Marrero
U.S.D.J.