UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                     ORDER
      -against-                                      21 Cr. 133 (VM)

FRANCISCO MECINA-BARRERA
                Defendant.
--------------------------------------------------------X

Upon the written application of Ken Womble, Esq., dated February 10, 2022, and with the consent of Francisco Mecina-Barrera, as represented by Mr. Womble, it is hereby:

ORDERED, that Mr. Womble is granted leave to delegate substantive tasks in connection with his representation of Mr. Mecina-Barrera in the above-captioned case to Dyer Halpern, Esq., pursuant to Rule VIII(A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (18 U.S.C. §3006A) and the Criminal Justice Mentoring Program of the Southern District of New York, as of the date of this Order.

As per the Criminal Justice Act Mentoring Program, Mr. Halpern may bill his time of the case at a rate of $103 per hour, after completing 15 hours of *pro bono* work on the case.

DATED:    New York, New York
               March 17, 2022

                                                         So Ordered:

                                                            Victor Marrero
                                                            U.S.D.J.