```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
        -against-                :        21 CR 133 (VM)
                                 :            ORDER
FRANCISCO JAVIER MECINA          :
BARRERA,                         :
                                 :
                Defendant.       :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for May 13, 2022 be rescheduled for Friday, April 15 at 1:00 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:  New York, New York
        11 April 2022

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.