```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :          21 CR 133 (VM)
         -against-                   :          ORDER
                                     :
FRANCISCO JAVIER MECINA BARRERA,     :
                                     :
              Defendant.             :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the above-named defendant, with the consent of the Government, requests by email that the status conference currently scheduled for April 15, 2022 be adjourned. The conference shall be scheduled for Friday, July 1, 2022 at 11:30 a.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 1, 2022.

It is hereby ordered that time until July 1, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         12 April 2022

_____
Victor Marrero
U.S.D.J.