```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :   UNSEALING ORDER
UNITED STATES OF AMERICA               :   S5 21 Cr. 133 (VM)
                                       :
      - v. -                           :
                                       :
FRANCISCO JAVIER MECINA BARRERA,       :
      a/k/a "Angel," and               :
ADALID CABRERA HUATO,                  :
      a/k/a "China,"                   :
      a/k/a "Araña,"                   :
                                       :
                  Defendants.          :
- - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Michael R. Herman;

It is found that the S5 Superseding Indictment in the above-captioned action, S5 21 Cr. 133, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the S5 Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       April 20, 2022

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE