```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :       21 CR 133 (VM)
         -against-                 :          ORDER
                                   :
FRANCISCO JAVIER MECINA BARRERA,   :
                                   :
              Defendant.           :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Court has been informed that the above-named defendant requests a conference to substitute defense counsel. A conference on the matter shall be scheduled for Friday, September 16, 2022 at 11:45 A.M.

**SO ORDERED:**

Dated:   New York, New York
         13 September 2022

_____
Victor Marrero
U.S.D.J.