UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

FRANCISCO JAVIER MECINA BARRERA,

Defendant.

21 Cr. 133-4 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that Ken Womble, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Megan Wall-Wolff.

**SO ORDERED.**

Dated: New York, New York
       16 September 2022

VICTOR MARRERO
U.S.D.J.