USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           Plaintiff,

- against -

FRANCISCO MECINA BARRERA,
ADALID CABRERA HUATO,

           Defendants.

---

21 Cr. 0133 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby sets this matter for trial, to run from May 15, 2023 to May 26, 2023. Counsel is directed to review the Court's Trial Procedures, including the Court's rules as to timing of pre-trial submissions.

**SO ORDERED.**

Dated:    27 October, 2022
           New York, New York

                                      Victor Marrero
                                      U.S.D.J.