**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022
```

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

FRANCISCO MECINA BARRERA,
ADALID CABRERA HUATO,

                Defendants.

21 Cr. 0133 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby reschedules the Status Conference scheduled for Friday, November 18, 2022 at 3:30 PM to the earlier time of 1:00 PM.

**SO ORDERED.**

Dated:    17 November, 2022
             New York, New York

                                          Victor Marrero
                                          U.S.D.J.