USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

FRANCISCO JAVIER MECINA BARRERA,

                  Defendant.

**21 CR 0133 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a final pre-trial conference in this matter on Friday, May 5, 2023, at 9:30 AM.

**SO ORDERED.**

Dated:    7 April 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.