WALL-WOLFF LLC
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
_____

TEL. (212) 920-0257
mwallwolff@wallwolff.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023

April 18, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re:    *United States v. Francisco Mecina Barrera,* 21 CR 133 (VM)

Dear Judge Marrero:

    I represent defendant Francisco Mecina Barrera in the above-captioned case. I write in response to the Court's order regarding a letter submitted to the Court by the defendant (ECF No. 188). There has been a breakdown in communication and I respectfully request a conference to discuss the matter. In light of the upcoming motion deadline, I further request that the motion schedule be addressed at the conference.

    Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          /s/

                                        Megan Wall-Wolff
                                        *Attorney for Francisco Mecina Barrera*

**Request GRANTED.** The Court hereby schedules a status conference for Friday, April 21, 2023, at 10:00 AM.

**SO ORDERED.**

4/19/2023
DATE

VICTOR MARRERO, U.S.D.J.