```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :    21-CR-0133 (VM)
                                     :
        - against -                  :    **ORDER**
                                     :
FRANCISCO JAVIER MECINA BARRERA,                              :
                                     :
                Defendant.           :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the request of attorney Megan Wall-Wolff to withdraw as counsel for defendant Francisco Javier Mecina Barrera is **GRANTED**. It is further hereby ordered that attorney David Sapone is appointed as co-counsel for defendant Francisco Javier Mecina Barrera and attorney Michael Vitaliano, who had been appointed as co-counsel to attorney Wall-Wolff, is hereby appointed as lead counsel.

**SO ORDERED.**
Dated:    New York, New York
          5 May, 2023

_____
VICTOR MARRERO
U.S.D.J.