

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/23
```

May 13, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Francisco Javier Mecina Barrera*
             S6 21 Cr. 133 (VM)

Dear Judge Marrero:

      As the Government previewed at the May 5, 2023 conference, earlier this week the grand jury returned the S6 superseding indictment in the above-referenced matter.  (Dkt. No. 197.)  The S6 superseding indictment does not add any additional counts.  Rather, it contains two revisions of the prior S5 superseding indictment to reflect the proof that the Government anticipates will be received in evidence at trial and to reflect that co-defendant Adalid Cabrera Huato has now pled guilty: (1) Francisco Javier Mecina Barrera is the sole defendant; and (2) the time period alleged in the three Counts spans from at least in or about March 2020 through at least in or about April 2021.

      The Government respectfully submits that the Court can arraign the defendant on the S6 superseding indictment at the final pretrial conference this matter, which the Court can schedule for a date prior to trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
     Jane Y. Chong
     Michael R. Herman
     Mitzi S. Steiner
     Assistant United States Attorneys
     (212) 637-2263/ -2221 / -2284

---

Request denied. The Court hereby refers defendant Francisco Javier Mecina Barrera's arraignment on the S6 superseding indictment to Magistrate Court.

SO ORDERED.
Dated: 22 May, 2023

*Victor Marrero*
U.S.D.J.