**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES,<br><br>          - against -<br><br>FRANCISCO JAVIER MECINA BARRERA,<br><br>                    Defendant. | **21-CR-0133 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

   The Court hereby schedules a final pre-trial conference in this matter for Friday, June 2, 2023, at 9:30 AM.

**SO ORDERED.**

Dated:     24 May, 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.