**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023
```

UNITED STATES,

- against -

FRANCISCO JAVIER MECINA BARRERA,

                Defendant.

**21-CR-0133 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a sentencing in this matter for Friday, September 8, 2023, at 10:00 AM.

**SO ORDERED.**

Dated:    2 June 2023
           New York, New York

                                                  Victor Marrero
                                                   U.S.D.J.