```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 12/01/23 |

UNITED STATES OF AMERICA

- against -

FRANCISCO JAVIER MECINA BARRERA,

Defendant.

21-cr-0133 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing proceeding in this matter is hereby adjourned from December 8, 2023, to January 11, 2024, at 12 p.m.

**SO ORDERED.**

Dated:   December 1, 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.