USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO JAVIER MECINA-BARRERA, <br><br> Movant, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 1:25-CV-0465 (VM) <br><br> 1:21-CR-0133-04 (VM) <br><br> ORDER TO ANSWER, 28 U.S.C. § 2255 |

VICTOR MARRERO, United States District Judge:

The Court, having concluded that the motion, brought under 28 U.S.C. § 2255, should not be summarily denied as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the United States Attorney's Office shall file an answer or other pleading in response to the motion. Movant shall have 30 days from the date on which Movant is served with Respondent's answer or other pleading to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

SO ORDERED.

Dated:   January 21, 2025
         New York, New York

_____
VICTOR MARRERO
United States District Judge