```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    - against -<br><br>FRANCISCO MECINA BARRERA,<br><br>                    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/12/2025<br><br>**21 CR 133 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Defense counsel Edward Sapone and Michael Vitaliano are each directed to respond by affidavit to Defendant's allegations of ineffective assistance of counsel regarding appeal. (See Dkt. Nos. 259, 266.) Each affidavit shall not exceed two pages. Defense counsel shall submit their respective affidavits within thirty (30) days of this Order.

**SO ORDERED.**

Dated:    12 May 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.