**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025
```

UNITED STATES OF AMERICA,

- against -

FRANCISCO MECINA BARRERA,

                Defendant.

**21 CR 133 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defense counsel Anthony Strazza, Ken Womble, and Megan Wall-Wolff are each directed to respond by affidavit to Defendant's allegations of ineffective assistance of counsel concerning the proposed plea agreements. (See Dkt. No. 270; see also Dkt. Nos. 259, 266.) Each affidavit shall not exceed two pages. Defense counsel shall submit their respective affidavits within fourteen (14) days of this Order.

**SO ORDERED.**

Dated:    8 July 2025
             New York, New York

                                                _____
                                                   Victor Marrero
                                                      U.S.D.J.