**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2025
```

UNITED STATES OF AMERICA,

        - against -

FRANCISCO MECINA BARRERA,

                Defendant.

**21 CR 133 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On July 8, 2025, the Court directed Defense counsel Anthony Strazza ("Strazza"), Ken Womble ("Womble"), and Megan Wall-Wolff ("Wall-Wolff") to each respond by affidavit to Defendant's allegations of ineffective assistance of counsel concerning the proposed plea agreements no later than July 22, 2025. (See Dkt. No. 271.) Wall-Wolff submitted an affidavit by the July 22, 2025, deadline, (see Dkt. No. 272), but Strazza and Womble did not. Strazza and Womble are directed to submit their respective affidavits within five (5) days of this Order.

**SO ORDERED.**

Dated:    23 July 2025
            New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.